UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-37899 |
| GEORGE HOMEYER | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER EXTENDING DEADLINE TO CHALLENGE DISCHARGEABILITY

This matter coming to be heard, pursuant to Fed. R. Bankr. P. 4007(c), on the motion of MB Financial Bank, N.A. ("MB") to extend the deadline to challenge the dischargeability of certain debts under 11 U.S.C. § 523 of the above-captioned debtor ("Debtor") by 90 days, up to and including March 24, 2014 (the "Motion"); due and proper notice of the Motion having been given; cause for the requested extension having been shown; and the Court having considered the Motion and being otherwise fully informed in the premises;

IT IS HEREBY ORDERED:

1. The Motion is granted as provided herein.

2. Pursuant to Federal Rule of Bankruptcy Procedure 4007(c), MB is granted a 90-day extension of time in which to file a complaint challenging the dischargeability of debts owed MB by the Debtor under 11 U.S.C. § 523, up to and including March 24, 2014.

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: 12-20-13

**Prepared by:**
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone

Rev: 20130103_bko