**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 13-37899 |
| GEORGE HOMEYER, ) | Hon. Donald R Cassling |
| ) | (DuPage County) |
| ) | Hearing Date: July 11, 2014 |
| Debtor. ) | Hearing Time: 9:30 a.m. |

**NOTICE OF ROUTINE MOTION**

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Friday, July 11, 2014 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Donald R Cassling**, Bankruptcy Judge, in Room 240, Kane County Courthouse, 100 S. Third Street, Geneva, Illinois 60134, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present **ROUTINE MOTION OF MB FINANCIAL BANK, N.A. TO EXTEND DEADLINES TO OBJECT TO DISCHARGE AND CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS**, a copy of which is attached and served upon you.

**AT WHICH TIME AND PLACE** you may appear if you see fit.  **The proposed order may be entered by the Judge without presentment in open court unless a party in interest notifies the judge of its objection.**

> */s/ Robert W. Glantz*
> Robert W. Glantz (#6201207)
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60654
> (312) 541-0151  telephone
> (312) 980-3888  facsimile

**CERTIFICATE OF SERVICE**

Robert W. Glantz, an attorney, certifies that he caused to be served a true copy of the above and foregoing notice and attached motion upon the attached Service List by the Bankruptcy Court's ECF notification system, unless otherwise indicated, on July 2, 2014.

> */s/ Robert W. Glantz*

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case:

- David Brown    dbrown@springerbrown.com, jkrafcisin@springerbrown.com
- William D. Cherny    bill@chernylaw.com
- Robert W. Glantz    rglantz@shawfishman.com, bharrington@shawfishman.com
- Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
- Richard L. Hirsh    richala@sbcglobal.net
- Patrick S. Layng    USTPRegion11.ES.ECF@usdoj.gov
- Miriam R. Stein    mstein@chuhak.com, kgord@chuhak.com
- Eileen M Sethna    esethna@chuhak.com, rsaldivar@chuhak.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-37899 |
| GEORGE HOMEYER, | ) | Hon. Donald R Cassling |
| | ) | (DuPage County) |
| | ) | Hearing Date:   July 11, 2014 |
| Debtor. | ) | Hearing Time:   9:30 a.m. |

**ROUTINE MOTION OF MB FINANCIAL BANK, N.A. TO
EXTEND DEADLINES TO OBJECT TO DISCHARGE AND CHALLENGE
<u>DISCHARGEABILITY OF CERTAIN DEBTS</u>**

M.B. Financial Bank, N.A. ("<u>MB</u>"), pursuant to 11 U.S.C. §§ 523 and 727, Rules 4004(b) and 4007(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Local Rules 9013-9(A)(5), requests the entry of an order extending the deadlines for MB to file a complaint objecting to the discharge of George Homeyer ("<u>Debtor</u>") for an additional thirty (30) days, through and including August 13, 2014.  In support of the Motion, MB respectfully states as follows:

**<u>BACKGROUND</u>**

1.	MB is a creditor in this case by virtue of a commercial guaranty ("<u>Guaranty</u>") executed by the Debtor to secure a $752,000 commercial loan to Forty Seventh Street Laundromat Trust u/a/d October 1, 2006.  MB sought payment on that defaulted loan and Guaranty through Circuit Court of Cook County case No. 2011 L 9956, which is stayed by these proceedings.

2.	On September 26, 2013, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*., commencing bankruptcy case no. 13-37899.

3. On December 3, 2013, MB filed its Routine Motion to Authorize Rule 2004 Examinations of George Homeyer and Dorothy Homeyer (the "2004 Motion"). On December 13, 2013, MB's 2004 Motion was granted. [Dkt. 17]

Examination of the Debtor

4. Examination of George Homeyer took place on January 28, 2014.

Examination of Mrs. Homeyer

5. MB's examination of Dorothy Homeyer is scheduled to take place on July 2, 2014.

6. The current deadline for MB to commence an adversary proceeding objecting to the Debtor's discharge under 11 U.S.C. § 727 (the "Objection Deadline") or challenging the dischargeability of debts under 11 U.S.C. § 523(c) (the "Dischargeability Deadline") is July 14, 2014. [Dkt. 53, 54].

**ARGUMENT**

7. MB requests that the Court extend both the Objection Deadline and Dischargeability Deadline by thirty (30) days, up to and including August 13, 2014.

8. Bankruptcy Rule 4004(b)(1) states that, "on motion of any party in interest, after notice and a hearing, the court may for cause extend the time to object to discharge." Similarly, Bankruptcy Rule 4007(c) provides that, "[o]n motion of a party in interest, after hearing on notice, the court may for cause extend the time" to file a "complaint to determine the dischargeability of a debt under § 523(c)."

9. In this case, good cause exists to extend both the Objection Deadline and Dischargeability Deadline. MB needs additional time to investigate the Debtor's financial affairs and determine whether grounds exist for objecting to discharge or challenging dischargeability.

10. Additionally, the Debtor has no objection to a thirty day extension of the Objection Deadline and Dischargeability Deadline to allow discussion of settlement.

11. Accordingly, MB requests that the Court extend both the Objection Deadline and Dischargeability Deadline for thirty (30) days, up to and including August 13, 2014.

WHEREFORE, MB respectfully requests that the Court grant this motion and: (i) extend the Objection Deadline for thirty (30) days, up to and including August 13, 2014; (ii) extend the Dischargeability Deadline for thirty (30) days, up to and including August 13, 2014; and (iii) grant such other just and appropriate relief.

Dated: July 2, 2014

Respectfully submitted,

MB Financial Bank, N.A.,

By:  */s/ Robert W. Glantz*
         One of its attorneys

Robert W. Glantz (#6201207)
S. Jarret Raab (#6294632)
Jennifer L. Devroye (#6299640)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile
rglantz@shawfishman.com
jraab@shawfishman.com
jdevroye@shawfishman.com