# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GEORGE HOMEYER | § | Case No. 13-37899 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/21/2015 in Courtroom 240,
　　　　　　　　　Kane County Courthouse
　　　　　　　　　100 S. Third Street
　　　　　　　　　Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　　　　By: /s/Jeffrey P. Allsteadt_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of U.S. Bankruptcy Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
GEORGE HOMEYER § Case No. 13-37899
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 85,947.88 |
| and approved disbursements of | $ | 67,879.44 |
| leaving a balance on hand of[1] | $ | 18,068.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE BRENDA PORTER HELMS | $ 7,547.39 | $ 0.00 | $ 7,547.39 |
| Other: ARTHUR B. LEVINE COMPANY | $ 55.93 | $ 55.93 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,547.39 |
| Remaining Balance | $ 10,521.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 639,080.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MB FINANCIAL BANK | $ 639,080.23 | $ 55,000.00 | $ 10,521.05 |

Total to be paid to timely general unsecured creditors $ 10,521.05

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 431.05 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ILLINOIS DEPT OF REVENUE | $ 431.05 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                                Case No. 13-37899-DRC
George Homeyer                                                        Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez                Page 1 of 2                 Date Rcvd: Jul 23, 2015
                               Form ID: pdf006              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2015.
db             +George Homeyer,    27 Windsor Dr.,   Oak Brook, IL 60523-2344
21034276       +1st Bk Ctr,    400 Milwaukee Av,   Burlington, WI 53105-1231
21444438       +47th Street Laundromat Trust,    c/o George Homeyer Trustee,    27 Windor,
                 Oak Brook, IL 60523-2344
21034278       +American Express,    American Express Special Research,   Po Box 981540,
                 El Paso, TX 79998-1540
21034284      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Fia Csna,    Po Box 982235,   El Paso, TX 79998)
21034279       +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
21034280       +Citz Bk-il,    3322 S Oak Park,   Berwyn, IL 60402-4500
21034286       +First Usa Bank N A,    1001 Jefferson Plaza,   Wilmington, DE 19801-1447
21110560       +Helen Franklin Income Tax Discovery,    IL Dept of Revenue,    PO Box 19020,
                 Springfield, IL 62794-9020
21034289       +James Karantzis,    9304 Western Ave.,   Des Plaines, IL 60016-3972
21444442       +Jennifer Devroye,    Shaw Fishman Glantz & Towbin,   321 N. clark St Suite 800,
                 Chicago, IL 60654-4766
21847765       +MB Financial Bank, N.A.,    Robert Glantz,   Shaw Fishman Glantz & Towbin LLC,
                 321 N Clark St, Ste 800,    Chicago, IL 60654-4766
21034290       +Mb Financial Bank,    1200 North Ashland Ave,   Chicago, IL 60622-2259
21034291        Mid Amer Fsl,    55th And Holmes,   Clarendon Hill, IL 60514
21034296       +Pnc Bank, N.a.,    1 Financial Pkwy,   Kalamazoo, MI 49009-8002
21034297       +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
21034299       +Rnb-fields3/Macy’s,    Macy’s Bankruptcy Department,   Po Box 8053,    Mason, OH 45040-8053
21034300       +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
21034304      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
21034302       +Webster Bank/Citimortgage,    Attention: Bankruptcy Department,    Po Box 140609,
                 Irving, TX 75014-0609
21034303       +Wells Fargo Card Ser,    1 Home Campus,   3rd Floor,   Des Moines, IA 50328-0001
21034307       +West Suburban Bank,    701-711 S Westmore Ave,   Lombard, IL 60148-3712
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21034288       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2015 00:56:29    Gecrb/monogram Credit,
                 Po Box 981400,    El Paso, TX 79998-1400
21110558        E-mail/Text: cio.bncmail@irs.gov Jul 24 2015 00:49:25    Dept of the Treasury,   IRS SSA CAWR,
                 Philadelphia, PA 19255
22808666        E-mail/Text: rev.bankruptcy@illinois.gov Jul 24 2015 00:50:18    Illinois Department of Revenue,
                 Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Chuhak & Tecson, PC
21034277        American Enterprise Ba
21034287        Fox River State Bank
21034298        PWS Inc.
21034301        The Privatebank And Tr
21034285*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Fia Csna,    Po Box 982235,   El Paso, TX 79998)
21034282*      +Citz Bk-il,    3322 S Oak Park,   Berwyn, IL 60402-4500
21034283*      +Citz Bk-il,    3322 S Oak Park,   Berwyn, IL 60402-4500
21034281*      +Citz Bk-il,    3322 S Oak Park,   Berwyn, IL 60402-4500
21110559*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Dept of the Treasury,    PO Box 145566,   Cincinnati, OH 45250)
21034292*       Mid Amer Fsl,    55th And Holmes,   Clarendon Hill, IL 60514
21034293*       Mid Amer Fsl,    55th And Holmes,   Clarendon Hill, IL 60514
21034294*       Mid Amer Fsl,    55th And Holmes,   Clarendon Hill, IL 60514
21034295*       Mid Amer Fsl,    55th And Holmes,   Clarendon Hill, IL 60514
21034305*     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
21034306*     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
                                                                                              TOTALS: 5, * 11, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Jul 23, 2015
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2015 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Eileen M Sethna     on behalf of Trustee Brenda Porter Helms, ESQ esethna@chuhak.com,
               rsaldivar@chuhak.com
              Miriam R Stein     on behalf of Trustee Brenda Porter Helms, ESQ mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Miriam R. Stein     on behalf of Trustee Brenda Porter Helms, ESQ mstein@chuhak.com,
               dgeorge@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh     on behalf of Debtor George  Homeyer richala@sbcglobal.net,   rlhpc2@sbcglobal.net
              Richard L Hirsh     on behalf of Defendant George  Homeyer richala@sbcglobal.net,
               rlhpc2@sbcglobal.net
              Robert W Glantz     on behalf of Plaintiff   MB Financial Bank, NA. rglantz@shawfishman.com,
               jbunton@shawfishman.com
              Robert W Glantz     on behalf of Creditor   MB Financial Bank, N.A. rglantz@shawfishman.com,
               jbunton@shawfishman.com
                                                                                             TOTAL: 10
```