# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
GEORGE HOMEYER                      §   Case No. 13-37899
                                    §
          Debtor                    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 800.00 *(Without deducting any secured claims)* | Assets Exempt: 1,689,635.28 |
| Total Distributions to Claimants: 65,521.05 | Claims Discharged Without Payment: 1,418,946.23 |
| Total Expenses of Administration: 20,426.83 | |

3) Total gross receipts of $ 85,947.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 85,947.88 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,426.83 | 20,426.83 | 20,426.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,483,956.00 | 639,511.28 | 639,511.28 | 65,521.05 |
| **TOTAL DISBURSEMENTS** | $ 1,483,956.00 | $ 659,938.11 | $ 659,938.11 | $ 85,947.88 |

4) This case was originally filed under chapter 7 on 09/26/2013 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2015          By: /s/BRENDA PORTER HELMS, TRUSTEE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| JACKSON NATIONAL LIFE ANNUITY | 1229-000 | 85,947.88 |
| **TOTAL GROSS RECEIPTS** | | **$ 85,947.88** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 7,547.39 | 7,547.39 | 7,547.39 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 55.93 | 55.93 | 55.93 |
| ASSOCIATED BANK | 2600-000 | NA | 431.98 | 431.98 | 431.98 |
| CHUHAK & TECSON P.C. | 3210-000 | NA | 12,367.00 | 12,367.00 | 12,367.00 |
| CHUHAK & TECSON P.C. | 3220-000 | NA | 24.53 | 24.53 | 24.53 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,426.83 | $ 20,426.83 | $ 20,426.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Bk Ctr<br>400 Milwaukee Av<br>Burlington, WI 53105 | | 0.00 | NA | NA | 0.00 |
| | American Enterprise Ba | | 0.00 | NA | NA | 0.00 |
| | American Express | | 0.00 | NA | NA | 0.00 |
| | Chase | | 2,744.00 | NA | NA | 0.00 |
| | Citz Bk-il | | 0.00 | NA | NA | 0.00 |
| | Fia Csna | | 0.00 | NA | NA | 0.00 |
| | First Usa Bank N A | | 0.00 | NA | NA | 0.00 |
| | Fox River State Bank | | 288,836.00 | NA | NA | 0.00 |
| | Gecrb/monogram Credit | | 0.00 | NA | NA | 0.00 |
| | James Karantzis | | 150,000.00 | NA | NA | 0.00 |
| | Jennifer Devroye Shaw<br>Fishman Glantz & Towbin<br>321 N. clark St Suite 800<br>Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | MB Financial Bank | | 403,376.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mid Amer Fsl | | 0.00 | NA | NA | 0.00 |
| | Pnc Bank, N.a. | | 0.00 | NA | NA | 0.00 |
| | Pnc Mortgage | | 0.00 | NA | NA | 0.00 |
| | PWS Inc. | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's | | 0.00 | NA | NA | 0.00 |
| | Sears/cbsd | | 0.00 | NA | NA | 0.00 |
| | The Privatebank And Tr | | 0.00 | NA | NA | 0.00 |
| | Webster Bank/Citimortgage | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Card Ser | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag | | 0.00 | NA | NA | 0.00 |
| | West Suburban Bank | | 0.00 | NA | NA | 0.00 |
| 1 | MB FINANCIAL BANK | 7100-000 | 639,000.00 | 639,080.23 | 639,080.23 | 65,521.05 |
| 2 | ILLINOIS DEPT OF REVENUE | 7200-000 | NA | 431.05 | 431.05 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,483,956.00 | $ 639,511.28 | $ 639,511.28 | $ 65,521.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-37899 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | GEORGE HOMEYER | | | | Date Filed (f) or Converted (c): | 09/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/25/2013 |
| For Period Ending: | 11/16/2015 | | | | Claims Bar Date: | 04/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JACKSON NATIONAL LIFE ANNUITY (u) | 99,239.00 | 0.00 | | 85,947.88 | FA |
| 2. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3. WELLS FARGO BANK ACCOUNT | 461.78 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,937.50 | 0.00 | | 0.00 | FA |
| 5. PRUDENTIAL ANNUITY | 100,000.00 | 0.00 | | 0.00 | FA |
| 6. CUMNOR 33 TRUST (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. JULIET COURT 151 TRUST (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL AND JEWELRY (u) | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. SCUDDER DESTINATION ANNUITY (u) | 1,232,283.00 | 0.00 | | 0.00 | FA |
| 10. WELLS FARGO IRA (u) | 71,579.00 | 0.00 | | 0.00 | FA |
| 11. 47TH STREET LAUNDROMAT TRUST | Unknown | 0.00 | | 0.00 | FA |
| 12. ORLANDO TRUST | Unknown | 0.00 | | 0.00 | FA |
| 13. 2000 JAGUAR S (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 14. FRAUDLUENT TRANSFERS (u) Investigated transfers to wife; litigation settled | Unknown | 0.00 | | 0.00 | FA |
| 15. Ohio National Life Insurance Policy (u) | 120,467.00 | 0.00 | | 0.00 | FA |
| 16. Roth IRA-Wells Fargo (u) | 18,757.00 | 0.00 | | 0.00 | FA |
| 17. IRA Wells Fargo (u) | 140,700.00 | 0.00 | | 0.00 | FA |
| 18. 5 acre parcel-Park City (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,789,674.28 | $0.00 | | $85,947.88 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

Annuity liquidated.  Trustee investigated potential causes of action/settlement possibilities.  Trustee reviewed claims.
Settlement approved between debtor, creditor and Trustee.  Trustee preparing TDR for filing

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 13-37899 |
| Case Name: | GEORGE HOMEYER |
| Taxpayer ID No: | XX-XXX9278 |
| For Period Ending: | 11/16/2015 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX3623 |
| | Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/14 | 1 | JACKSON NATIONAL LIFE INSURANCE CO | Liquidation life insurance policy | 1229-000 | $85,947.88 | | $85,947.88 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $53.57 | $85,894.31 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $127.68 | $85,766.63 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $127.51 | $85,639.12 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $123.22 | $85,515.90 |
| 12/05/14 | 10001 | CHUHAK & TECSON P.C. | ATTORNEY FEES | 3210-000 | | $7,192.00 | $78,323.90 |
| 12/05/14 | 10002 | CHUHAK & TECSON P.C. | attorneys expenses | 3220-000 | | $24.53 | $78,299.37 |
| 02/19/15 | 10003 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $55.93 | $78,243.44 |
| 04/28/15 | 10004 | CHUHAK & TECSON P.C. | Couirt order #80 dated 4/24/15 | 3210-000 | | $5,175.00 | $73,068.44 |
| 05/14/15 | 10005 | MB FINANCIAL | per order Doc #79 dated 4/27/15 | 7100-000 | | $55,000.00 | $18,068.44 |
| 08/21/15 | 10006 | TRUSTEE BRENDA PORTER HELMS Brenda Porter Helms, Trustee | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,547.39 | $10,521.05 |
| 08/21/15 | 10007 | MB FINANCIAL BANK c/o Robert Glantz Shaw Fishman Glantz & Towbin 321 N. Clark St. #800 Chicago, IL  60654 | Final distribution to claim 1 representing a payment of 10.25 % per court order. | 7100-000 | | $10,521.05 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $85,947.88 | $85,947.88 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $85,947.88 | $85,947.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $85,947.88 | $85,947.88 |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Net  $85,947.88    $85,947.88

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3623 - Checking Account (Non-Interest Earn | $85,947.88 | $85,947.88 | $0.00 |
|  | $85,947.88 | $85,947.88 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $85,947.88 |
| Total Gross Receipts: | $85,947.88 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*